

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00082-CR

Ashleigh Nicole **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 580147
Honorable Helen Petry Stowe, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: June 5, 2019

DISMISSED

Appellant filed a pro se motion to dismiss this appeal in which she expressed an inability to afford to pursue the appeal. Thereafter, we abated this case to the trial court to conduct a hearing to determine whether appellant desired to prosecute her appeal and whether appellant is indigent. The trial court held a hearing at which appellant appeared and was assisted by appointed counsel. The trial court subsequently entered findings of fact, which include the finding that appellant "feels it is in her best interest to put this appeal aside… ." The trial court concluded that appellant wishes to abandon this appeal.

This appeal is reinstated on this court's docket. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH